# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 06-165V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                      *
LAIRD R. JONES and                    *
SVITLANA V. BUDZHAK-JONES,             *
legal representatives of a            *
minor child, W.O.J.,                  *
                                      *
                Petitioners,          *
                                      *       Filed: November 24, 2014
        v.                            *
                                      *       Decision on Attorney's
SECRETARY OF HEALTH AND               *       Fees and Costs
HUMAN SERVICES                        *
                                      *
                Respondent.           *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on August 20, 2014. On November 21, 2014, the parties filed a joint stipulation of fact concerning attorney's fees and costs in this matter. The parties' stipulation requests a total payment of $35,087.51, representing attorney's fees and costs for work performed by the law firm of Robert J. Krakow.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $35,087.51 as a lump sum in the form of a check payable jointly to petitioners and petitioners' counsel, Robert J. Krakow.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.<br>George L. Hastings, Jr.<br>Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.